[No. 11290-6-II.   Division Two.   October 26, 1988.]

*In the Matter of the Marriage of* FLORENCE ROSEMARY
SANDLER, *Appellant, and* CARL LEWIS SANDLER,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86-3-02481-5, Craig S. Adams, J. Pro Tem.,
entered August 4, 1987. *Affirmed in part* and *reversed in
part* by unpublished opinion per Alexander, J., concurred
in by Reed, C.J., and Worswick, J.

[No. 11174-8-II.   Division Two.   October 26, 1988.]

INVESTORS REALTY COMPANY OF TACOMA, INC., *Appellant,* v.
DERRICK ENTERPRISES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 87-2-01335-4, Arthur W. Verharen, J., entered
June 5, 1987. *Affirmed* by unpublished opinion per Alexan-
der, J., concurred in by Reed, C.J., and Worswick, J.

[No. 10752-0-II.   Division Two.   October 27, 1988.]

*In the Matter of the Marriage of* DENNIS J. MONTGOMERY,
*Appellant, and* PAMELA G. MONTGOMERY,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 85-3-04940-2, Rosanne Buckner, J., entered
February 6, 1987. *Affirmed as modified* by unpublished
opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J.,
and Worswick, J.